IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DESIGN PRECAST & PIPE, INC.**                                                                           **PLAINTIFF**

v.                                                             **CIVIL ACTION NO. 1:22-cv-148-TBM-RPM**

**BROWN INDUSTRIAL CONSTRUCTION,
LLC** *and* **UNITED STATES FIRE
INSURANCE COMPANY**                                                                              **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this date, Brown Industrial Construction, LLC, and United States Fire Insurance Company's Motion to Transfer [7] is GRANTED. The Court finds that this action should be transferred to the United States District Court for the Eastern District of Louisiana.

The Clerk of the Court is directed to transfer this case to the United States District for the Eastern District of Louisiana. This CASE is CLOSED.

This, the 31st day of March, 2023.

                                                      TAYLOR B. McNEEL
                                        UNITED STATES DISTRICT JUDGE